NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CM04-441


WESTERN AMERICAN SPECIALIZED
TRANSPORTATION SERVICES, INC.

VERSUS

ROBERT LIGON, NANCY LIGON, STEVE LIGON
AND TRUCK-IT, INC.


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO.  965009-K,
HONORABLE PATRICK L.  MICHOT, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


ELIZABETH A. PICKETT
JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Billie C. Woodard, and Elizabeth A. Pickett, Judges.


MOTION TO DISMISS DENIED.


ROBERT M.  KALLAM
WILLARD P.  SCHIEFFLER
JENNIFER A.  WELLS
PREIS, KRAFT & ROY
Post Office Drawer 94-C
Lafayette, LA 70509
(337) 237-6062
COUNSEL FOR ROBERT LIGON, NANCY LIGON AND
       TRUCK-IT, INC.

**ROBERT G.  JACKSON**
**J.  KINCAID JACKSON**
**JACKSON & JACKSON**
**Suite 400, 111 Founders Drive**
**Baton Rouge, LA 70884**
**(225) 756-8801**
**COUNSEL FOR WESTERN AMERICAN SPECIALIZED**
        **TRANSPORTATION SERVICES, INC.**

**J.  KONRAD JACKSON**
**JACKSON LAW FIRM**
**825 Baronne Street**
**New Orleans, LA 70130**
**(504) 525-5090**
**COUNSEL FOR WESTERN AMERICAN SPECIALIZED**
        **TRANSPORTATION SERVICES, INC.**

**TRACY P.  CURTIS**
**PERRET DOISE**
**600 Jefferson Street, Suite 1200**
**Lafayette, LA 70502-3408**
**(337) 261-1200**
**COUNSEL FOR DALLAS & MAVIS SPECIALIZED**
        **CARRIER COMPANY**